435 A.2d 175

**Adam Lawrence GIVENS, Mark Patrick Givens, Suzanne W. Givens, Appellants,**

**v.**

**The Honorable John G. BROSKY and Walter A. Koegler, Esquire.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided Oct. 8, 1981.

Suzanne Givens, pro se.

Timothy G. Wojton, Pittsburgh, for appellants.

Howland Abramson, Charles W. Johns, Philadelphia, for the Honorable John G. Brosky.

Robert X. Medonis, Pittsburgh, for Walter A. Koegler.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Allegheny County is affirmed.